IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| CANDACE Y. HINTON and LARRY G. DUKES, as Administrators of the Estate of MELVIN W. DUKES, deceased | * * * * * | |
| Plaintiffs | * * | NO: 5:13CV00263  SWW |
| VS. | * * | |
| CORIZON HEALTH, INC., ET AL. | * * | |
| Defendants | * * | |

## ORDER

Before the Court is the parties' joint motion for dismissal with prejudice. The parties report that this matter has been resolved. The motion (ECF No. 29) is GRANTED. This case is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.

IT IS SO ORDERED THIS 2ND DAY OF OCTOBER, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE